630

442 A.2d 346

Commonwealth v. Noakes, Appellant.

Submitted May 5, 1981.
Alan M. Bredt, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., SPAETH and CAVANAUGH, JJ.

Order affirmed.

442 A.2d 346

Commonwealth v. Novitski, Appellant.

Submitted April 1, 1981. Taylor P. Andrews, Public Defender, for appellant; J. Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., HESTER and JOHNSON, JJ.

Judgment of sentence dated September 2, 1980 is affirmed on the comprehensive opinion of Judge Hoffer.